David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
**WEILAND GOLDEN GOODRICH LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Chapter 7 Trustee
Wesley H. Avery

**FILED & ENTERED**

APR 30 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ALFREDO F. TORRES,<br><br>Debtor.<br><br>WESLEY H. AVERY, solely in his capacity as Chapter 7 Trustee of the Estate of Alfredo F. Torres, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>TERESA TORRES, trustee of the TORRES VALLEJO FAMILY TRUST, RIGOBERTO F. TORRES, an individual, and NEVADA STREET TRUST DATED OCTOBER 12, 2006, an unknown entity,<br><br>Defendants. | Case No. 2:19-bk-16040-BB<br><br>Chapter 7<br><br>Adversary No.: 2:20-ap-01002-BB<br><br>**ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS RIGOBERTO F. TORRES AND NEVADA STREET TRUST DATED OCTOBER 12, 2006 PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55, AS INCORPORATED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 7055, AND LOCAL BANKRUPTCY RULE 7055-1**<br><br>Hearing Date, Time and Location:<br><br>Date:    April 28, 2020<br>Time:    2:00 p.m.<br>Location:    Courtroom 1539 |

On April 28, 2020, at 2:00 p.m. in Courtroom 1539 of the United States Bankruptcy Court located at 255 E. Temple Street, Los Angeles, California, the Court heard the *Motion for Entry of Default Judgment Against Defendants Rigoberto F. Torres and Nevada Street Trust Dated October 12, 2006 Pursuant to Federal Rule of Civil Procedure 55, as Incorporated by Federal Rule of Bankruptcy Procedure 7055, and Local Bankruptcy Rule*

1271345.1

1

ORDER

*7055-1* [Docket No. 16, "Motion"] filed by Wesley H. Avery, the Chapter 7 trustee ("Trustee") for the bankruptcy estate of Alfredo F. Torres ("Debtor"). David M. Goodrich of Weiland Golden Goodrich LLP appeared on behalf of the Trustee. All other appearances were as noted on the record.

Having considered the Motion, the documents and pleadings on file herein, all judicially noticeable facts, finding that notice of the Motion was proper, and for good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Motion is **GRANTED;**

2. Judgment shall be entered in favor of the Trustee and against Defendants Rigoberto F. Torres and Nevada Street Trust Dated October 12, 2006, on all causes of action as set forth in the Trustee's Complaint [Adv. Docket No. 1].

###

Date: April 30, 2020

Sheri Bluebond
United States Bankruptcy Judge

1271345.1    2    ORDER